BRUCE ALLEN MARCHANT #025588
*(full name/prisoner number)*
P.O. Box 51 IDOC IMSF C Block
Boise, ID. 83707-0515 1

*(complete mailing address)*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

BRUCE ALLEN MARCHANT,
*(full name)*
        Plaintiff,

v.

CORPERAL MENDENHALL
DIRECTOR TEWALT
WARDEN YORDY
CHIEF OF PRISONS PAGE

        Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ● Yes    ○ No

### A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

- ■ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- ☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- ☐ Other federal statute *(specify)* _____; or diversity of citizenship.
- ■ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

### B. PLAINTIFF

My name is BRUCE ALLEN MARCHANT. I am a citizen of the State of ISRAEL,

presently residing at IDOC IMSF Box 51 Boise, ID. 83707-05151.

**PRISONER COMPLAINT - p. 1_**                  *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **MENDENHALL** (defendant), who was acting as **CORRECTIONAL OFFICER** (job title, if a person; function, if an entity)

   for the **IDOC, ADA, BOISE, IMSI, BOX 51 BOISE ID, 83707-05151**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **FEBUARY 24th 2019** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   ALL STAFF WERE NOT RESPONDING TO MY MANY REQUEST FOR BASIC NEEDS ALL DAY INTO THE EVENING UNTIL 9 PM., AT WHICH TIME I BLOCKED MY DOOR, COMMODE & FLOODED MY CELL 3 FT DEEP. C/O MENDENHALL RESPONDED. I THEN ATTEMPTED TO BREAK MY FIRE SPRINKLER & WAS UNSUCCESSFUL. I CUFFED UP FOR C/O MENDENHALL + 3 OR 4 OTHER C/O'S. I WAS PLACED IN THE SHOWER FOR ABOUT 2 HOURS, THE HANDCUFFS WERE SO TIGHT MY HANDS WERE BURNING, THEY REFUSED TO LOOSEN THE CUFFS, ONCE RELEASED IT TOOK 4 MONTHS FOR THE GROVES IN MY WRISTS & SCABS TO COMPLETELY GO AWAY, UNTIL 7-2019.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   8th, 4th, 14th, & 5th Federal, State
   And my Bill of Rights, but they have no record of it here.

4. I allege that I suffered the following injury or damages as a result:

   Both of my wrists were cut all the way around and the deep indentations and scabs took four months to disappear. So I was in pain for four months without any type of medical attention what so ever & my wrists became infected.

5. I seek the following relief: I am seeking nominal, punitive, declatory & injunctive relief in the amount of $1,000,000.00

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☐ Yes ● No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Because the concern form & grievance system at I.M.S.I is corrupt & I was on and off of suicide watch from Jan to June of 2019 & C/O MENDENHALL

PRISONER COMPLAINT - p. 2 (Rev. 10/24/2011)

has become a Corporal and moved to another institution & squaded me at FSCF, where he know worked & used excessive force again so I am in fear for my life & need to go to U.S.P. Atlanta, GA, since I have been there before please.

_N/A_

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  |  | N/A |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ●  do not ○  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am indigent and unstructured in legal matters & I really need to be payed a little something and be sent to U.S.P. Atlanta Georgia for my soften in the near future please. I would rather just go to atlanta usp insted of $ since I can work 2 jobs or 3 there.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date); OR (specify other method)*

Executed at Idaho Maximum Security Inst, on 1-19-2020.
               *(Location)*             *(Date)*

                        *Bruce Allen Marchant*
                       *Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

Court filing Record

Date: 1-13-2020

Case No.: New Court Case

Inmate Name: Marchant, Bruce

Inmate No.: 25588

Document Title: Prisoner Complaint

Total Pages: 3

Inmate Verification of page count signature: *Bruce Allen Marchant*

Document __1__ of __7__